

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Pete Perez,                                    * From the 161st District Court
                                                 of Ector County
                                                 Trial Court No. B-16-0213-CR.

Vs. No. 11-17-00206-CR                         * July 18, 2019

The State of Texas,                            * Memorandum Opinion by Wright, S.C.J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Stretcher, J., and Wright, S.C.J.,
                                                 sitting by assignment)
                                                 (Willson, J., not participating)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.